IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 14-9 |
| | ) | [UNDER SEAL] |
| RASUL ABERNATHY | ) | |
| POSHAUNTAMARIN WALKER | ) | |

## MOTION FOR ARREST WARRANTS

AND NOW comes the United States of America, by its attorneys, David J. Hickton, United States Attorney for the Western District of Pennsylvania, and Jessica Lieber Smolar, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that Arrest Warrants be issued for the apprehension of defendants RASUL ABERNATHY and POSHAUNTAMARIN WALKER, upon the grounds that an Indictment has been returned in the above-captioned criminal case charging the defendants with: Conspiracy to Engage in Sex Trafficking, in violation of Title 18, United States Code, Section 1594(c) (Count One); and Sex Trafficking of a Child, in violation of Title 18, United States Code, Sections 1591(a), (c), and 1591(b)(1), (b)(2), and 2 (Count Two). Recommended bond: Detention.

Respectfully submitted,

DAVID J. HICKTON
United States Attorney

By: _____
JESSICA LIEBER SMOLAR
Assistant U.S. Attorney
PA ID No. 65406