IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 14-9 |
| | ) | [UNDER SEAL] |
| RASUL ABERNATHY | ) | |
| POSHAUNTAMARIN WALKER | ) | |

ARRAIGNMENT PLEA

Defendant RASUL ABERNATHY being arraigned, pleads _NOT GUILTY_ in open Court this _11TH_ day of _FEBRUARY_, 20_14_.

X _Rasul Abernathy_
(Defendant's Signature)

_____
(Attorney for Defendant)