FILED

APR 2 9 2014

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 14-009 |
| | ) | (18 U.S.C. §§ 1594(c), |
| RASUL ABERNATHY | ) | 1591(a) and (c), |
| POSHAUNTAMARIN WALKER | ) | 1591(b)(1), (b)(2), and 2) |
| | ) | |

## SUPERSEDING INDICTMENT

### COUNT ONE

**(Conspiracy to Commit Sex Trafficking)**

The grand jury charges:

### A.  Introduction

At all times relevant to this Superseding Indictment:

1.    Defendant RASUL ABERNATHY was a resident of the Western District of Pennsylvania, and was born in 1981.

2.    Defendant POSHAUNTAMARIN WALKER was a resident of Western District of Pennsylvania, and was born in 1979.

3.    A minor female, hereinafter "Jane Doe", was a victim of the crimes alleged herein.  The minor female was a resident of the Western District of Pennsylvania, was under the age of 18, and was born in 1996.

4.    A minor male, hereinafter "John Doe", was a victim of the crimes alleged herein.  The minor male was a resident of the Western District of Pennsylvania, was under the age of 18, and was born in 1995.

## B.   The Conspiracy

5.   Beginning in and around July of 2012, and continuing through on or about March 1, 2013, in the Western District of Pennsylvania and elsewhere, the defendants, RASUL ABERNATHY and POSHAUNTAMARIN WALKER, did knowingly combine, conspire, confederate and agree with each other, and with others known and unknown to the grand jury, to recruit, entice, harbor, transport, provide, obtain, or maintain by any means, in and affecting interstate commerce, a person, namely, Jane Doe, a female minor under the age of 18 years, and John Doe, a male minor under the age of 18 years, and did benefit financially and by receiving anything of value from participation in a venture engaged in such acts, knowing, or in reckless disregard of the fact, that force, threats of force, fraud, and coercion as defined in Title 18, United States Code, Section 1591(e)(2), and any combination of such means, would be used to cause Jane Doe to engage in a commercial sex act, and knowing, and in reckless disregard of the fact, and having had a reasonable opportunity to observe Jane Doe and John Doe, that Jane Doe and John Doe had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a), (b)(1), (b)(2) and (c).

## C.   Manner and Means of the Conspiracy

6.   It was part of the conspiracy that defendants, RASUL ABERNATHY and POSHAUNTAMARIN WALKER, received monies and other things of value by having Jane Doe and John Doe engage in commercial sex acts.

7.   It was further part of the conspiracy that the defendants, RASUL ABERNATHY and POSHAUNTAMARIN WALKER, provided Jane Doe with marijuana, alcohol, and other controlled substances in order to induce Jane Doe to engage in commercial sex acts.

8.   It was further part of the conspiracy that the defendants, RASUL ABERNATHY and POSHAUNTAMARIN WALKER, provided clothing, food, and shelter to Jane Doe in exchange for the performance of commercial sex acts.

9.   It was further part of the conspiracy that the defendants, RASUL ABERNATHY and POSHAUNTAMARIN WALKER, used vehicles, public highways, hotels, private residences, telephones, and the internet to facilitate the commercial sex acts.

10.  It was further a part of the conspiracy that defendants, RASUL ABERNATHY and POSHAUNTAMARIN WALKER, would and did instruct Jane Doe how to solicit and charge for commercial sex acts.

11. It was further a part of the conspiracy that defendants RASUL ABERNATHY and POSHAUNTAMARIN WALKER, would and did place advertisements on the Internet advertising Jane Doe and John Doe and others for commercial sex acts.

12. It was further part of the conspiracy that the defendants, RASUL ABERNATHY and POSHAUNTAMARIN WALKER, targeted vulnerable females and males to engage in commercial sex acts.

13. It was further part of the conspiracy that the defendants, RASUL ABERNATHY and POSHAUNTAMARIN WALKER, arranged for the transportation of and transported Jane Doe and John Doe around Pennsylvania with the intent that Jane Doe and John Doe would engage in prostitution.

14. It was further a part of the conspiracy that the defendants, RASUL ABERNATHY and POSHAUNTAMARIN WALKER, maintained control over Jane Doe through physical assault, confinement and threats.

15. It was further a part of the conspiracy that the defendants, RASUL ABERNATHY and POSHAUNTAMARIN WALKER, forced Jane Doe to have sexual contact with RASUL ABERNATHY, customers, and others known and unknown to the Grand Jury.

All in violation of Title 18, United States Code, Section 1594(c).

## COUNT TWO

### (Sex Trafficking of a Child)

The grand jury further charges:

From in and around July of 2012, to on or about March 1, 2013, in the Western District of Pennsylvania, the defendants, RASUL ABERNATHY and POSHAUNTAMARIN WALKER, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means, in and affecting interstate commerce, a person, namely Jane Doe, a female minor under the age of 18 years, and did benefit financially or by receiving anything of value from participation in a venture engaged in commercial sex acts, knowing, or in reckless disregard of the fact, that force, threats of force, fraud and coercion, as defined in Title 18, United States Code, Section 1591(e)(2), and any combination of such means, would be used to cause Jane Doe to engage in a commercial sex act, and knowing and in reckless disregard of the fact, and having had a reasonable opportunity to observe Jane Doe, that Jane Doe had not attained the age of 18 years and that Jane Doe would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a), (c), and 1591(b)(1), (b)(2), and Title 18, United States Code, Section 2.

## COUNT THREE

### (Sex Trafficking of a Child)

The grand jury further charges:

From in and around December 2012, to in and around March 2013, in the Western District of Pennsylvania, the defendants, RASUL ABERNATHY and POSHAUNTAMARIN WALKER, knowingly recruited, enticed, harbored, transported, provided, obtained and maintained by any means, in and affecting interstate commerce, John Doe, a male minor under the age of 18 years, and did benefit financially or by receiving anything of value from participation in a venture engaged in commercial sex acts, knowing and in reckless disregard of the fact, and having had a reasonable opportunity to observe John Doe, that John Doe had not attained the age of 18 years and that John Doe would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a), (c), and 1591(b)(2).

A True Bill,

_____
FOREPERSON

_____
DAVID J. HICKTON
United States Attorney
PA ID No. 34524