IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

USA,

v.

POSHAUNTAMARIN WALKER,

Defendant.

14cr9

**ELECTRONICALLY FILED**

### CHANGE OF PLEA

AND NOW, the defendant in the above entitled case hereby withdraws her plea of not guilty and now pleads guilty to Count 3 of the Superseding Indictment in open court this 15th day of October, 2014.

_____
(Defendant's Signature)

_____
(Attorney for Defendant's Signature)