IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 14-009 |
| | ) | |
| RASUL ABERNATHY | ) | |

### GOVERNMENT'S POSITION WITH RESPECT TO THE PRESENTENCE INVESTIGATION REPORT

AND NOW comes the United States of America, by its attorneys, David J. Hickton, United States Attorney for the Western District of Pennsylvania, and Jessica Lieber Smolar, Assistant United States Attorney for said district, submitting as follows:

Government counsel has received and reviewed the contents of the Presentence Investigation Report for the above-captioned case. Government counsel has no objections or requests for modification to the Presentence Investigation Report.

                      Respectfully submitted,

                      DAVID J. HICKTON
                      United State Attorney

                      /s/ Jessica Lieber Smolar
                      JESSICA LIEBER SMOLAR
                      Assistant United States Attorney
                      U.S. Post Office and Courthouse
                      700 Grant Street
                      Suite 4000
                      Pittsburgh, Pennsylvania 15219
                      (412) 644-3500 (Phone)
                      (412) 644-4549 (Fax)
                      Jessica.Smolar@usdoj.gov
                      PA ID No. 65406