```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA )  | |
| ) | |
| v.   ) | Criminal No. 14-009 |
| )  | Judge Mark R. Hornak |
| RASUL ABERNATHY  ) | |

**JOINT STATUS REPORT ON SENTENCING**

After conferring on the subject, the parties have concluded that an evidentiary hearing will not be needed to resolve any disputed issue at the time of sentencing.

Respectfully submitted,

DAVID J. HICKTON
United States Attorney


s/ Jessica Lieber Smolar
JESSICA LIEBER SMOLAR
Assistant U.S. Attorney
U.S. Post Office and Courthouse
700 Grant Street
Suite 4000
Pittsburgh, Pennsylvania 15219
(412) 644-3500 (Phone)
Jessica.Smolar@usdoj.gov
PA ID No. 65406


s/ Douglas Sughrue
Douglas Sughrue, Esquire
428 Forbes Avenue, Suite 2400
Pittsburgh, PA 15219