IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA            )
                                    )
            v.                      )          Criminal No. 14-09
                                    )
POSHAUNTAMARIN WALKER               )

**POSITION OF DEFENDANT
WITH RESPECT TO SENTENCING FACTORS**

        AND NOW comes the defendant, Poshauntamarin Walker, by her attorney, Linda E. J. Cohn, Assistant Federal Public Defender, and respectfully files this Position of Defendant with Respect to Sentencing Factors:

1.  Undersigned counsel and Ms. Walker reviewed the Presentence Investigation Report ("PSR") prepared in this matter.

2.  Ms. Walker has no objections to the calculation of the advisory guideline range in this case; however, she submits the instant Position to correct typographical errors and to provide updated information.

3.  At paragraph 36, Ms. Walker notes that her mother's first name is spelled Devera and that her age is now 58.

4.  With respect to paragraph 39, Ms. Walker notes that the two minors set forth therein are now 14 and 9 years old, respectively.

5.  At paragraph 40, Ms. Walker notes that the name of the street where she resided prior to her detention in this case is misspelled. She notes that it is spelled correctly on Page 2 of the PSR.

6.  With respect to paragraph 51, Ms. Walker notes that she would also be interested in obtaining

a Commercial Driver's License.

Respectfully submitted,

S/ Linda E. J.  Cohn
Linda E. J. Cohn
Assistant Federal Public Defender