IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:14-cr-00009-2 |
| | ) | |
| POSHAUNTAMARIN WALKER, | ) | Judge Mark R. Hornak |
| | ) | |
| Defendant. | ) | |

Hearing Type: Sentencing
Date: February 11, 2015
Before: Judge Mark R. Hornak

| | |
|---|---|
| AUSA | Jessica Lieber Smolar |
| Counsel for Defendant | Linda E. J. Cohn |
| Probation Officer | Lawrence Harkins |
| Court Reporter | Shirley Hall |
| Law Clerk/Deputy Clerk | DDLB/BDB |
| Start time | 9:35 AM |
| End time | 10:35 AM |

DEFENDANT PRESENT

**NOTED:**

The Defendant is sentenced to a 120 month term of imprisonment to be followed by a 5 year term of supervised release. A mandatory $100.00 special assessment is imposed. A fine is waived for inability to pay.

**WITNESSES:**

- William Walker
- Will Walker
- Jackie Blakey Tate
- Devora Sutherlin